UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF PENNSYLVANIA

GERALD RONALD WATTS, :
:
    Plaintiff : No. 3:12-CV-00167
:
vs. : (Judge Nealon)
:
CAROLYN W. COLVIN, ACTING :
COMMISSIONER OF SOCIAL :
SECURITY, :
:
    Defendant :

## ORDER

In accordance with the memorandum issued this date, **IT IS HEREBY ORDERED THAT**:

1. The Clerk of Court shall enter judgment in favor of the Commissioner and against Gerald Ronald Watts as set forth in the following paragraph.

2. The decision of the Commissioner of Social Security denying Gerald Ronald Watts disability insurance benefits is **AFFIRMED**.

3. The Clerk of Court shall **CLOSE** this case.

_____
United States District Judge

Dated: June 10, 2013

FILED
SCRANTON
JUN 1 0 2013

PER _____
DEPUTY CLERK